149 A.3d 554

**JORDAN, Michael Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 388, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 208, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

149 A.3d 554

**KEENAN, Darius Rodmond, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 396, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 67, Sept. Term, 2015).

Petition for writ of certiorari denied.